**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SPORT SQUAD, INC. D/B/A JOOLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-cv-409 (MN) |
| | ) | |
| VOLAIR C CORP., INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff Sport Squad, Inc. D/B/A JOOLA and Defendant Volair C Corp., Inc. ("Volair"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that Volair's time to answer, move or otherwise plead in response to Plaintiff's Complaint (D.I. 1) shall be extended thirty (30) days to June 4, 2026.

Dated: April 29, 2026

  /s/ Matthew B. Goeller                          /s/ Kenneth L. Dorsney
Steven L. Caponi (#3484)                   Kenneth L. Dorsney (#3726)
Matthew B. Goeller (#6283)                 Cortlan S. Hitch (#6720)
K&L Gates LLP                              MORRIS JAMES LLP
600 N. King St. Suite 901                  3205 Avenue North Boulevard, Suite 100
Wilmington, Delaware 19801                 Wilmington, DE 19803
Telephone: (302) 416-7080                  (302) 888-6800
steven.caponi@klgates.com                  kdorsney@morrisjames.com
matthew.goeller@klgates.com                chitch@morrisjames.com

*Attorneys for Plaintiff*                  *Attorneys for Defendant*
*Sport Squad, Inc. D/B/A JOOLA*            *Volair C Corp., Inc.*

**SO ORDERED** this _____ day of _____, 2026.

_____
United States District Court Judge

1